No. 78–5989.   MUSE *v.* LOUISIANA.   Appeal from Sup. Ct. La. dismissed for want of substantial federal question.

No. 78–6358.   CRANE ET UX. *v.* CARROLL COUNTY DEPARTMENT OF FAMILY AND CHILDREN SERVICES.   Appeal from Sup. Ct. Ga. dismissed for want of substantial federal question.

No. 78–582.   NORTH CAROLINA *v.* CONNLEY.   Sup. Ct. N. C.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *North Carolina* v. *Butler, ante,* p. 369.

No. 78–1051.   UNITED STATES *v.* FINAZZO ET AL.   C. A. 6th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Dalia* v. *United States, ante,* p. 238.

No. D–139.   IN RE DISBARMENT OF WANDEL.   Disbarment entered.   [For earlier order herein, see 439 U. S. 906.]

---

*For the Court's orders prescribing amendments to the Federal Rules of Appellate Procedure, see *post,* p. 971; amendments to the Rules of Criminal Procedure for the United States District Courts, see *post,* p. 987; amendments to the Rules Governing Proceedings in the United States District Courts under 28 U. S. C. §§ 2254 and 2255, see *post,* p. 1003; and an amendment to the Federal Rules of Evidence, see *post,* p. 1007.